Rowe *v.* Mohr (et al., Appellant).

Argued March 13, 1968. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Francis A. Muracca,* for appellant.

*Sidney Baker,* with him *Krause & Baker,* for appellee.

OPINION PER CURIAM, April 16, 1968:
Judgments affirmed.